FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Seth P Anderson

CV421-255

(Enter above full name of plaintiff or plaintiffs)

v.

L.C.S.D.
Liberty County Sheriff office

(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?  Yes _____ No ✓

        If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Docket number: _____

        4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? waiting on sivial number    Yes ✓   No ___

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes ___   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _____ No _____

1. If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____
_____   _____

II. Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution? Yes ___ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ___ No ___

C. If your answer to B is yes:

1. What steps did you take? _____
_____
_____
_____
_____
_____

2. What was the result? _____
_____
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ____ No ____

If yes, what was the result? _____

_____

_____

_____

D. If you did not utilize the prison grievance procedure, explain why not: _____

_____

_____

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: _____
   Address: _____

_____

_____

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: _____
   Position: _____
   Place of employment: _____
   Current address: _____

_____

C. Additional defendants: _____

_____

_____

_____

_____

_____

4

IV.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was riding my Bike After just fixing it and Basically Test driving and was pulled over by Liberty County Sheriffs department By an officer at 10 Am on 07-15-2021 He claimed He couldn't see my Tag, So I bent it down for Him. After Informing him of my Delinquent Licence Statas, He told me to hold on went to his car to run warrents. I figured he would Inpound my bike, So Reluctantly I was only a Block from my House So I drove off. I Barely got a few feet Before He Ran Me over! I woke up under the front Grill of his SUV. Kinda Blown away about the Excessiveness of his Actions. He could have killed me! for a mistameaner esp. when He knew who I was and where I lived. These are the facts that Describe How He deprived me of my Rights to be free from Excessive force In the Corise of Arrest He broke my collar bone, clavical and have nurve damage in my neck.

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Seeking Relief in the form of (Compensatory Damges) To body, vEhical and Punitive Mental Anguish Money Damages, InJunction (Fixing what they Broke) Preliminary InJunction, InJunction to Physicall inJury I am in Pain and their slow walking me

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __September__, 19__2021__.

Prisoner No. _109094_

_____
(Signature of Plaintiff)

Liberty County Jail
180 Paul Sikes Dr.
Hinesville, GA 31313

Keith Anderson
180 Paul Sikes Dr
Hinesville GA 31313



United States District Court
P.O. Box 8286 Savannah
GA 31412

RECEIVED
U.S. Marshals Service
Savannah, Georgia

