AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SETH P. ANDERSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:21-cv-255

L.C.S.D.; and LIBERTY COUNTY SHERIFF'S OFFICE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated June 3, 2022, Plaintiff's claims are dismissed without prejudice for failure to follow this Court's directives, and leave to proceed in forma pauperis on appeal is denied. This case stands closed.

Approved by: _____

June 9, 2022
Date



John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020